IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01682-REB-PAC

WILLIAM HOEPER,

     Plaintiff(s),

v.

AIR WISCONSIN AIRLINES CORPORATION, a Delaware corporation,
MARK SCHUERMAN, individually,
PATRICK DOYLE, individually, and
JOHN DOES 1 - 10, whose identities are unknown to Plaintiff at this time,

     Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Stipulated Motion to Modify and Dissolve State Court Deadlines [filed August 28, 2006; Doc. No. 16] is **GRANTED.** The attached Order shall be filed this date.

Dated: August 31, 2006