IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01682-REB-PAC

WILLIAM HOEPER,

    Plaintiff(s),

v.

AIR WISCONSIN AIRLINES CORPORATION, a Delaware corporation,
MARK SCHUERMAN, individually,
PATRICK DOYLE, individually, and
JOHN DOES 1 - 10, whose identities are unknown to Plaintiff at this time,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants' Motion to Amend Answers dated August 29, 2006 (doc. 18) is granted. Air Wisconsin's tendered amended answer to plaintiff' second amended complaint is accepted as filed today.

Dated: September 5, 2006