IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01682-REB-PAC

WILLIAM HOEPER,

    Plaintiff(s),

v.

AIR WISCONSIN AIRLINES CORPORATION, a Delaware corporation,
MARK SCHUERMAN, individually,
PATRICK DOYLE, individually, and
JOHN DOES 1 - 10, whose identities are unknown to Plaintiff at this time,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint to Add Scott Orozco as a John Doe Defendant and to Amend to Conform to the Evidence [filed in Denver County District Court August 3, 2006; doc. #7] is granted. Plaintiff's Third Amended Complaint and Jury Demand is accepted as filed today.

Dated: September 7, 2006